IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 11 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| IN THE MATTER OF AN ARBITRATION BETWEEN § § § | |
| KARAHA BODAS COMPANY, L.L.C., § Petitioner, § § | |
| v. § | CIVIL ACTION NO. H 01-0634 |
| § PERUSAHAAN PERTAMBANGAN § MINYAK DAN GAS BUMI NEGARA, § Respondent. § | |

## ORDER

This matter is before the Court on Petitioner Karaha Bodas Company, L.L.C.'s Ex Parte Application for Writ of Garnishment ("KBC's Application") [Doc. # 59]. Having reviewed KBC's Application, all matters of record, and applicable legal authorities, the Court concludes that KBC's Application should be granted. It is therefore

**ORDERED** that KBC's Application [Doc. # 59] is **GRANTED**. A separate writ of garnishment will be issued by the Court.

SIGNED at Houston, Texas, this 11th day of February, 2002.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2001\0634ord   020206.1652