# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 11 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| IN THE MATTER OF AN ARBITRATION BETWEEN | § § § |
| KARAHA BODAS COMPANY, L.L.C., Petitioner, | § § § |
| v. | § § CIVIL ACTION NO. H 01-0634 |
| PERUSAHAAN PERTAMBANGAN MINYAK DAN GAS BUMI NEGARA Respondent. | § § § § |

| | |
|---|---|
| KARAHA BODAS COMPANY, L.L.C., Petitioner, | § § § |
| v. | § § CIVIL ACTION NO. H 01-0634 |
| BANK OF AMERICA, Respondent/Garnishee. | § § § § |

## WRIT OF GARNISHMENT

To Bank of America, Garnishee:

Whereas, in the Federal District Court for the Southern District of Texas, Houston Division, in a certain cause where in Karaha Bodas Company, L.L.C. ("KBC") is Petitioner and Perusahaan Pertambangan Minyak Dan Gas Bumi Negara ("Pertamina") is Respondent, the Petitioner, claiming an indebtedness against the said Pertamina of $261,166,654.92, plus interest from January 1, 2001, has applied for a writ of garnishment against you, Bank of

America;

Therefore you are hereby commanded to be and appear before this Court at **10:30 a.m.** on **March 13, 2002**, then and there to answer upon oath what, if anything, you are now indebted to Respondent Pertamina, and were so indebted when this writ was served upon you, and what property, if any, of Pertamina you have in your possession, and what property you had when this writ was served, and what other persons, if any, within your knowledge, are indebted to Pertamina or have property belonging to Pertamina in their possession.

You are further commanded NOT to pay to Respondent Pertamina any debt or to deliver to it any property, pending further order of this Court. Herein fail not, but make due answer as the law directs.

SIGNED at Houston, Texas, this  11th  day of February, 2001.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE