IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF AN ARBITRATION BETWEEN | § § § | |
| KARAHA BODAS COMPANY, L.L.C., Petitioner, | § § § § | |
| v. | § § | CIVIL ACTION NO. H 01-0634 |
| PERUSAHAAN PERTAMBANGAN MINYAK DAN GAS BUMI NEGARA, Respondent. | § § § § | |

United States Courts
Southern District of Texas
ENTERED

MAR 0 7 2002

Michael N. Milby, Clerk of Court

## ORDER

This matter is before the Court on Petitioner Karaha Bodas Company, L.L.C.'s Ex Parte Application for Writ of Garnishment ("KBC's Application") [Doc. # 72]. Having reviewed KBC's Application, all matters of record, and applicable legal authorities, the Court concludes that KBC's Application should be granted. It is therefore

**ORDERED** that KBC's Application [Doc. # 72] is **GRANTED**. A separate writ of garnishment will be issued by the Court.

SIGNED at Houston, Texas, this 7th day of March, 2002.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE